# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THOMAS DESPART,

    Plaintiff,

vs.                              Case No. 4:19cv287-RH-CAS

FLORIDA DEPARTMENT OF CHILDREN &
FAMILIES, DONALD SAWYER, as
ADMINISTRATOR, FLORIDA CIVIL
COMMITMENT CENTER,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and for failure to comply with a court order." The clerk must close the file.

SO ORDERED on March 20, 2020.

                                      s/Robert L. Hinkle
                                      United States District Judge